UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

    Plaintiff,

v.

KECIA RONGEN, et al.,

    Defendants.

No. 3:21-CV-5682-TSZ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, docket no. 2, objections to the Report and Recommendation, docket no. 3, and the remaining record, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation, docket no. 2;

(2)     Plaintiff's application to proceed *in forma pauperis*, docket no. 1, is DENIED;

(3)     This matter is DISMISSED without prejudice; and

(4)     The Clerk is directed to CLOSE this case and send copies of this Order to Plaintiff and to Judge Christel.

Dated this 21st day of October, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1